PAUL GROSSMAN, an Infant, by MORRIS GROSSMAN, His Guardian ad Litem, et al., Appellants, v. CITY OF NEW YORK et al., Respondents.—

Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

EVELYN GROSSMAN et al., Respondents, v. TRIBORO COACH CORPORATION et al., Appellants.—

Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

GLORIA HOFFMAN, an Infant, by PETER J. HOFFMAN, Her Guardian ad Litem, et al., Respondents, v. CHARLES CANGE et al., Appellants.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.